IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | NO. 4:04-CR-179-A |
| WILLIAM CHEN SALEE, ET AL. | § | |

ORDER REDUCING SENTENCE

This order has reference to the sentence imposed on defendant JORGE SALINAS in the above-captioned case on April 22, 2005, as evidenced by the judgment the court signed in such case on April 27, 2005.

The court ORDERS that the term of imprisonment of 240 months JORGE SALINAS was ordered to serve be, and is hereby, reduced from 240 months to 216 months.

The court further ORDERS that, in all other respects, the April 27, 2005, judgment in this case remains in full force and effect.

SIGNED May 17, 2010.

_____
JOHN MCBRYDE
United States District Judge