U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 18 2014
11:35 am

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORIGINAL
C.T.J

**United States District Court
for the Northern District of Texas**

FORT WORTH     **Division**

United States of America,
*Plaintiff*,

v.

JORGE SALINAS             ,
*Defendant*.

THREE RIVERS PRISON CAMP
Place of Confinement

32136-177
Prisoner ID Number

4:04-CR-179-A(02)
Criminal Case Number

## Defendant's Motion and Questionnaire for Reduction of Sentence
## Pursuant to 18 U.S.C. § 3582(c)

### Instructions - Read Carefully

1.   This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2.   This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3.   When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

Page 1 of 4

4.    Questionnaires that do not follow these instructions will be returned, and the mistake will
      be identified.

### Questionnaire

1.    Name and location of court that entered the sentence that you are asking to reduce:

      NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION

2.    Date(s) of sentence and judgment of conviction:

      April 22, 2005

3.    Are you currently in prison for this sentence?

      __X__ Yes    _____ No

4.    If so, when is your projected date of release?

      **April 24, 2020**

5.    Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time
      you would spend in custody.  An example of one of these programs is completion of the
      Residential Drug Abuse Program.  Are you participating in one of these programs and,
      if so, when will you complete the program?

      N/A at the present time.

6.    Are you currently on supervised release?    _____ Yes    __X__ No

7.    Are you currently in prison because you violated your supervised release ?

      _____ Yes    __X__ No

8.    Is your case currently on appeal? _____ Yes    __X__ No

9.    Offense(s) for which you were convicted (all counts):

      Count One-Possession of more than fifty grams of a Mixture Containing

      Methamphetamine with Intent to Distribute Title 21, United States Code,

      §§ 841(a)(1) and 841(b)(1)(B)(viii).

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    X Yes         No         Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    X Yes         No         Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

     Yes     X No         Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    See attached Exhibits

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this <u>12th day of November</u>, 201<u>4</u> .

<u>_Jorge Salinas_ (signature)_</u>
Signature of Defendant

<u>Jorge Salinas</u>
Printed Name

<u>32136-177</u>
BOP No.

<u>Federal Prison Camp, Three Rivers, Texas</u>
Federal Correctional Institution (if applicable)

<u>P.O. Box 4200 (Tilden)</u>
Address

<u>Three Rivers, Texas 78071</u>
City, State & Zip Code

Page 4 of 4

EXHIBITS



# Coastal Bend College

Alice    Beeville    Kingsville    Pleasanton

## Certificate of Achievement

This certificate is awarded to

*Jorge Salinas*

as evidence of satisfactorily completing the requirements for

**Wastewater Treatment**
**Technology**
**60.0 CEU Credits (600 Hrs.)**

Awarded on the 20th day of August 2012

_____
Lillian Garza
Program Coordinator

_____
Dr. Beatriz Espinoza
President

Coastal Bend College does not discriminate on the basis of race, creed, color, national origin, gender, age or disability.

LITHO. IN U.S.A.

© 2004 GOES 441
All Rights Reserved

**Coastal Bend College**
Office of the Registrar
3800 Charco Road • Beeville, TX 78102
(361) 358-2838

Salinas Jorge
32136-177
P.O. Box 4200
Three Rivers, TX 78071

Social Sec #: 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
Sex: Male
Birth date: 23-Sep-19?3
Alternate ID: 32136-177
Page 1 of 1

Report date: 20-Sep-12

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| ARRA | Texas Success Initiative | | | |
| | STATUS EXPLANATION | | | |
| Math | Incomplete | | | |
| Reading | Incomplete | | | |
| Writing | Incomplete | | | |
| No | TEC 51.907 Undergraduate drops | | | |
| | **Fall II 2011** | | | |
| EPCT1028 | Basic Wastewater Ope | A | 4.50 | 18.00 |
| EPCT2005 | Intermediate Treatme | A | 3.00 | |
| EPCT2009 | Activated Sludge Tec | A | 4.50 | 18.00 |
| | Attempt Earned Points Divisor | | | |
| Sem Undergrad | | 0.00 | 0.00 | 4.00 |
| Sem Ceu's | | 12.00 | 48.00 | 4.00 |
| Cum Ceu's | | 12.00 | 48.00 | |
| | **Spring I 2012** | | | |
| EPCT2012 | Water Rules and Regu | A | 3.00 | 12.00 |
| EPCT2041 | Wastewater Treatment | A | 9.00 | 36.00 |
| | Attempt Earned Points Divisor GPA | | | |
| Sem Undergrad | | 0.00 | 0.00 | 4.00 |
| Sem Ceu's | | 12.00 | 48.00 | 4.00 |
| Cum Ceu's | | 24.00 | 96.00 | 4.00 |
| | **Spring II 2012** | | | |
| EPCT1092 | Sp Topics in Water Qual | A | 7.50 | 30.00 |
| EPCT2006 | Wastewater Collectio | A | 4.50 | 18.00 |
| | Attempt Earned Points Divisor GPA | | | |
| Sem Undergrad | | 0.00 | 0.00 | 4.00 |
| Sem Ceu's | | 12.00 | 48.00 | 4.00 |
| Cum Ceu's | | 36.00 | 144.00 | 4.00 |
| | **Summer I 2012** | | | |
| EPCT1030 | Water Utility Safety | A | 3.00 | 12.00 |
| EPCT2014 | Wastewater Laborator | A | 9.00 | 36.00 |
| | Attempt Earned Points Divisor GPA | | | |

| Course | Description | Grade | Hours | Points |
|---|---|---|---|---|
| Sem Undergrad | | 0.00 | 0.00 | 0.00 |
| Sem Ceu's | | 12.00 | 12.00 | 12.00 |
| Cum Ceu's | | 48.00 | 48.00 | 48.00 |
| | **Summer II 2012** | | | |
| EPCT2016 | Water Utility Mgnt. | A | | 3.00 |
| EPCT2042 | Adv. Wastewater Chem | A | | 9.00 |
| | Attempt Earned Points Divisor GPA | | | |
| Sem Undergrad | | 0.00 | 0.00 | 0.00 |
| Sem Ceu's | | 12.00 | 12.00 | 12.00 |
| Cum Ceu's | | 60.00 | 60.00 | 60.00 |

Certificate I 08/20/2012
Major: Waste Water Treatment

**Core Curriculum**

| | | |
|---|---|---|
| 010 | COMMUNICATION | |
| 020 | MATHEMATICS | |
| 030 | NATURAL SCIENCES | |
| 040 | HUMANITIES | |
| 050 | VISUAL/PERFORMING ARTS | |
| 080 | SOCIAL AND BEHAVIORAL SCIENCE | |
| 090 | INSTITUTIONAL OPTION | |

** END OF TRANSCRIPT **

\* Repeat of course
(1) Course credit not counted
[1] Remedial course - credit not counted

*Alicia Allen*
Registrar
Raised seal not required

Texas Commission on Environmental Quality

*Protecting Texas by Reducing and Preventing Pollution*

# JORGE SALINAS

is hereby authorized to perform work as a

## Class
## C

# WASTEWATER TREATMENT OPERATOR

Effective Date: 12/03/2012

Expiration Date: 12/03/2015





**Executive Director**

**Note:** This certificate is **not** a TCEQ Occupational License. It is only an authorization to perform the duties of a C WASTEWATER TREATMENT OPERATOR at a correctional institution.

# CERTIFICATE OF ACHIEVEMENT

*May it be known that*

## Jorge Salinas
## 32136-177

*Has satisfactorily completed the curriculum for the*

*Drug Education Program*

*at*

*FCI-Texarkana, Texas*

*On This 19th Day Of April 2010*

_____
Dr. Grant
Drug Abuse Program Coordinator

_____
Dr. Hadzer
Chief Psychologist

_____
S. Hunter-Yarber, ICADC, LCDC
Drug Treatment Specialist

# Certificate of Completion

AWARDED TO

## JORGE SALINAS



For completion of the Beginners Leather Instructor

September 2013

D. Romero, Recreation Specialist

# Certificate of Completion

AWARDED TO

## JORGE SALINAS



For completion of the Advance Leather Instructor
March 2014

D. Romero, Recreation Specialist

# CERTIFICATE OF COMPLETION

PRESENTED TO:

*Jorge Salinas*

For Successfully Completing the Course Work in the
Adult Continuing Education - ACE
**Personal Finance** Class

At SCP Three Rivers, Texas

September 8, 2011
Date

Toi Moore,
Camp Education Coordinator

# Certificate of Achievement

## Federal Correctional Institution, Texarkana, Texas

Be it Known that

### Jorge Salinas

having successfully completed the requirement
prescribed for the course in

# Electronic Law Library  Lexis Nexis

therby has been awarded this certificate from the Education Department

this the 15th day of June, Two Thousand and Nine

_Patricia Grant_
Program Coordinator

_Supervisor of Education_

# United States District Court

Northern District of Texas
Fort Worth Division

NORTHERN DISTRICT OF TEXAS
FILED

APR 2 7 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case Number: 4:04-CR-179-A(02) |
| JORGE SALINAS | § | |

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Frederick M. Schattman. The defendant, JORGE SALINAS, was represented by Jeffrey L. Cureton.

The defendant pleaded guilty on January 7, 2005 to count 1 of the indictment filed on November 17, 2004. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(B) | POSSESSION OF MORE THAN 50 GRAMS OF A SUBSTANCE CONTAINING METHAMPHETAMINE WITH INTENT TO DISTRIBUTE | August 13, 2003 | 1 |

As pronounced and imposed on April 22, 2005, the defendant is sentenced as provided in this judgment.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

### IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 240 months.

The defendant is remanded to the custody of the United States Marshal.

The court recommends to the Bureau of Prisons that defendant be allowed to participate in the Institution Residential Drug Abuse Treatment Program.

1

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years, and that while on supervised release:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer.

4. The defendant shall cooperate in the collection of DNA within the first 180 days of supervision, as directed by the U.S. Probation Officer.

5. The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered at a rate of at least $10 per month.

6. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

### Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

2

8.     The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9.     The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12.    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13.    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14.    The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by Title 18 United States Code section 3583(f).

FINE

The court did not order a fine because the defendant does not have the financial resource or future earning capacity to pay a fine.

Signed this the _27_ day of April, 2005.

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

The "Statement of Reasons" and personal information about the defendant are set forth on the attachment to this judgment.

4

RETURN

I have executed the imprisonment part of this Judgment as follows:

_____
_____
_____

Defendant delivered on_____, 200___ to_____

at_____, with a certified copy of this

Judgment.


                          Randy Ely
                          United States Marshal for the
                          Northern District of Texas


                          By _____
                              Deputy United States Marshal



CERTIFIED MAIL

7014 0150 0001 2672 6534

United States District Court
Fort Worth Division
Office of the Clerk
501 W. 10th St.
Fort Worth, TX 76102

Jorge Salinas #32130-177
Federal Prison Camp-Tilden
P.O. Box 4200
Three Rivers, TX 78071