IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



NOV - 5 2015

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JORGE SALINAS ) | Case No: 4:04-CR-179-A (2) |
| ) | USM No: 32136-177 |
| Date of Original Judgment: 04/27/2005 ) | |
| Date of Previous Order ) | |
| Reducing Sentence: 05/17/2010 ) | Jorge Salinas, Pro Se |

### Order Regarding Motion for Sentence Reduction
### Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant, **JORGE SALINAS**, under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

The court ORDERS that such motion be, and is hereby, granted and that defendant's sentence of imprisonment of 216 months as to Count 1, be, and is hereby, reduced to a sentence of imprisonment of 183 months as to Count 1.

The reason for the reduction in the sentence is as follows:

The previous and amended guideline imprisonment ranges are as follows:

Previous Total Offense Level:   33
Criminal History Category:      I
Previous Guideline Ranges:      135 to 168 months

---

Amended Total Offense Level:    31
Criminal History Category:      I
Amended Guideline Ranges:       108 to 135 months

When imposing the original sentence of 240 months, the court departed upward from the top of the applicable guideline range by 72 months. Applying a comparable upward departure from the top of the amended guideline range would result in a term of imprisonment of 207 months.

On May 17, 2010, the court reduced the original 240-month sentence by 24 months and imposed a sentence of 216 months pursuant to a Rule 35(b) motion filed by the government.

A reduced sentence of 183 months would be reasonably comparable to the previous sentence, as reduced, and would appropriately take into account all factors set forth in 18 U.S.C. § 3553(a), as well as public safety issues and defendant's post-sentencing conduct.

The court further ORDERS that, except as otherwise provided, all provisions of the judgment dated April 27, 2005, remain in effect.

Order Date:      November 5, 2015

_____
JOHN McBRYDE
United States District Judge

2