IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:04-CR-179-A |
| | § | |
| WILLIAM CHEN SALEE, ET AL. | § | |

## ORDER

Came on for consideration the motion of defendant Jorge Salinas ("Salinas") for early termination of supervised release. The court, having considered the motion, the responses from the government and from the probation officer, and applicable authorities, finds that the motion should be granted.

The court ORDERS that Salinas's motion for early termination be, and is hereby, granted, and that Salinas's term of supervised release be, and is hereby, terminated.

SIGNED August 30, 2021.

_____
JOHN McBRYDE
Senior United States District Judge